UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES CARTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | 1:05-cv-00692-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 4)<br><br>**ORDER DISMISSING ACTION** |

　　　Plaintiff, Edward James Carter ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On September 22, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

1    In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendation, filed September 22,
8  2005, are ADOPTED IN FULL; and,
9    2.  This action is DISMISSED based on plaintiff's failure
10 to obey the court's order of August 10, 2005.
11 IT IS SO ORDERED.

**Dated:    December 5, 2005**               **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE